UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

KELLY GOOLEY,

                        Plaintiff,

            v.                                                    1:04-CV-406

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

_____

APPEARANCES:                                      OF COUNSEL:


NILES, PILFER & BRACY                        JOHN F. NILES, ESQ.
Attorney for Plaintiff
Post Office Box 272
46-48 Cornelia Street
Plattsburgh, New York 12901

HON. GLENN T. SUDDABY                     WILLIAM H. PEASE, ESQ.
United States Attorney for the                 Assistant United States Attorney
 Northern District of New York
Attorney for Defendant
100 South Clinton Street
Syracuse, New York 13261-7198


NORMAN A. MORDUE, DISTRICT JUDGE

<u>ORDER</u>

   The above matter comes to me following a Report-Recommendation by Magistrate

Judge David R. Homer, duly filed on the 28th day of December, 2005.  Following ten days

from the service thereof, the Clerk has sent me the file, including any and all objections filed

by the parties herein.

   After careful review of all of the papers herein, including the Magistrate Judge's

Report-Recommendation, and no objections submitted thereto, it is

ORDERED, that:

1.  The Report-Recommendation is hereby approved.

2.  The Clerk of the Court shall serve a copy of this Order upon all parties and the

Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated:  January 18, 2006
        Syracuse, New York

Norman A. Mordue
U.S. District Judge